IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | BK 24-40608 |
| | ) | Chapter 12 |
| JEFFREY K. REISER, | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Matthew D. Pederson and hereby enters an appearance on behalf of Farm Credit Services of America, FLCA, and further requests that said attorney be added to the matrix under the following name and address:

>Matthew D. Pederson
>501 South Jeffers Street
>North Platte, NE 69101
>matt@pedersonlawoffice.net

>FARM CREDIT SERVICES OF AMERICA, FLCA,
>Creditor,
>
>By:     /s/ Matthew D. Pederson
>        Matthew D. Pederson, #25293
>Of:     PEDERSON LAW OFFICE
>        501 South Jeffers Street
>        North Platte, NE 69101
>        Telephone (308) 532-9744
>
>Attorneys for Said Creditor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of August, 2024, he electronically filed the foregoing pleading with the Clerk of the Bankruptcy Court using CM/ECF system which sent notification of such filing to the parties requesting notice under the Court's CM/ECF system.

          /s/ Matthew D. Pederson